## (March 7, 1962)

■ Zora Gilroy et al., Respondents, v. Wallace McDonald, as Executor of Robert Krupa, Deceased, Appellant.— Motion by appellant for a stay, pending appeal, denied. Beldock, P. J., Kleinfeld, Christ, Brennan and Rabin, JJ., concur.

■ Frank Veltre, Appellant, v. Jaye F. Comblo et al., Respondents. (Action No. 1.) Jaye F. Comblo et al., Respondents, v. Frank Veltre, Appellant. (Action No. 2.) — Motion by appellant for a stay of all proceedings in Action No. 2 pending in the Justice's Court, Town of Rye, Westchester County, pending his appeal from an order of the Supreme Court, Westchester County, which denied his motion to remove and consolidate the said action with Action No. 1 pending in the Supreme Court. Motion denied. Beldock, P. J., Kleinfeld, Christ, Brennan and Rabin, JJ., concur.

■ Anita Eisenberg, Appellant, v. Murray Eisenberg, Respondent.— Motion by appellant for a stay, pending appeal, granted on condition that appellant perfect the appeal and be ready to argue or submit it at the April Term, beginning March 26, 1962; appeal ordered on the calendar for said term. On the court's own motion, the appeal will be heard on the original papers (including the typed minutes) and on appellant's and respondent's typewritten briefs, which shall include a copy of the opinion, if any, of the court below. The appellant and respondent are directed to file six copies of their typewritten briefs and to serve one copy on each other. Appellant's brief must be served and filed on or before March 19, 1962. Beldock, P. J., Kleinfeld, Christ and Brennan, JJ., concur; Rabin, J., not voting.

■ In the Matter of Thrift Town Brooklyn Corp., Respondent, v. Milton Fine, Appellant.— Motion by appellant for a stay, pending appeal, denied. On the court's own motion, the appeal will be heard on the original papers and on printed briefs; appeal ordered on the calendar for the April Term, beginning March 26, 1962. Appellant's brief must be served and filed on or before March 19, 1962. Beldock, P. J., Kleinfeld, Christ, Brennan and Rabin, JJ., concur.